FILED
July 31, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| VICTOR DARNOLD, | § |
| Plaintiff, | § |
| v. | §  NO. SA-22-CV-00403-OLG |
| JOHNSON CONTROLS, INC., | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed July 7, 2025, concerning Defendant's Motion for Summary Judgment (Dkt. No. 19). (*See* R&R, Dkt. No. 30.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on July 8, 2025; to date, no objections have been filed. Because no party has objected to the findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.")

Upon review, the Court finds that the R&R is neither clearly erroneous nor contrary to law. Accordingly, the Court **ADOPTS** Judge Farrer's R&R (Dkt. No. 30) and, for the reasons set forth therein, Defendant's Motion for Summary Judgment (Dkt. No. 19) is **GRANTED** and Plaintiff's claims in this case are **DISMISSED**.

Any other pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this ___31___ day of July 2025.

_____
ORLANDO L. GARCIA
United States District Judge

2